IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re: MYRON EDWARDS,

    Debtor-Appellant,　　　　　　　　JUDGMENT IN A CIVIL CASE

Case No. 17-cv-917-jdp
Bankruptcy Appeal no. 11-17770

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Myron Edward's appeal for lack of jurisdiction.

| /s/ | 9/14/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |